Amar Abdula Wright
T081312
3225 W. Gibson LN.
Phoenix, AZ-85009

IN the United States District Court
For the District of Arizona

LODGED ___ RECEIVED ___ COPY
SEP 12 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Amar Abdula Wright, Plaintiff

V.

Ofc. Damian Baynes, Phoenix Police Dept,
City of Phoenix Supervisors,
Chief of Phoenix Police Dept Defendants

CV-14-02046-PHX-SRB(DKD)

Civil Rights Complaint
(Original Complaint)

This Court has jurisdiction pursuant to 42 U.S.C. § 1983 pertaining to State, County or City defendants. This violation occurred in the city of Phoenix, State of Arizona, in the county of Maricopa.

Officer Damian Baynes, Chief of Phoenix Police Dept, are employees by the Phoenix Police Department. The Phoenix Police Department is an entity of the city of Phoenix government.

Plaintiff Amar Abdula Wright is a resident in Maricopa County, in the state of Arizona.

Plaintiff allege as follows:

That on or about May 19th, 2014, Defendant, Officer Baynes as an agent of the Phoenix Police Department conducted a Bicycle equipment violation stop. Officer Baynes failed to issue a Bicycle equipment violation citation to support his probable cause

1/4

Officer Baynes stated his probable cause for stopping the plaintiff was for not having a light lamp on allege bike, which violates state laws. There's no citation to support the probable cause, there's no bike in evidence, nor impound, there's no description of allege bike. There's no bike to support probable cause for the stop. Plaintiff was unlawfully stopped for no reason and later charged with felony charges.

Despite Officer Baynes acknowledgement that his original assertion of probable cause for the stop was invalid. He still went on to violate my fourth amendment by illegally searching allege bag, with out permission. Officer ask the plaintiff Amar Abdula Wright for I.D., Plaintiff stated it's in the bag, but never gave permission to search are go in too. Officer Baynes never ask for permission. Nor ask plaintiff to take I.D. out. Plaintiff was not under arrest. Therefore officer violated plaintiff's Fourth amendment rights by going in plaintiff's allege bag with out warrant or probable cause, also without permission

Plaintiff's rights where violated Due to unreasonable search and seizure. When defendant unlawfully searched the plaintiff's allege bag. And came upon Drug Paraphernalia without warrant, permission, are probable cause. Plaintiff was placed under arrest and charged with possesion of Drugs and Paraphernalia. And has been incarcerated

2/4

every since. unlawfully.

The phoenix police Department operates under the authority of the City Phoenix, In it's govering capacity, as a result of policy, practice or customs, directed the phoenix police Department's policies, Practices and customs and having knowledge of the phoenix police Department's routine practices failed to prevent or modify policy or customs of an entity within it's governing body thereby, violating plaintiff's fourth Amendment rights of the united states constitution.

As a result of the willful and deliberate actions of the Defendant's in violation of the plaintiff's civil rights, the Plaintiff Amar Abdula Wright have suffered financial loss, mental and emotional distress and unjust deprivation of property.

As a result of the willful and diliberate actions of the defendants in violation of the plaintiff civil rights, plaintiff, Amar Abdula Wright has been deprived of his liberty without the due process of law

As a result of the willful and diliberate actions of the defendants. Plaintiff have incurred financial debt, loss of services, irretrievable loss of financial gain and irremediable forfeiture of time.

Wherefore, Plaintiff pray as follows:

1. For a sum $200,000 for deprivation of liberty, deprivation of property and mental and emotional distress.
2. For a sum $650,000 for irretrievable loss of financial enrichment, opportunities, unjust time forfeiture and loss of services of plaintiffs seized property.
3. For other punitive sums and further relief, deriving from civil rights violations, as the court shall deem proper

Amar Abdula Wright
Amar Abdula Wright
plaintiff

4/4

mailing list

Copies to be Forwarded to:

Damian Baynes - Phoenix Police Dept
City of Phoenix Supervisors
Chief of Phoenix Police Dept

mailing list

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date __**SEPTEMBER 10, 2014**__,

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona.

____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney _____, Maricopa County, State of Arizona,

____ Public Defender _____, Maricopa County, State of Arizona.

_X_ Others **DAMIEN BAYNES, PHX. POLICE DEPT./CITY OF PHX.SUPERVISOR/CHIEF OF POLICE, PHOENIX, AZ.**

____ _____

*[signature]*
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6

05/15/2012